JAMES H. MACLAUCHLAN, Respondent, *v.* HENRY M. BEHRE et al., Appellants.

(Submitted October 9, 1933; decided October 17, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 520.)